UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALFRED GONZALEZ,<br><br>      Plaintiff,<br><br>    -v.-<br><br>EPRINE HOME CARE, INC.,<br><br>      Defendant. | 22 Civ. 10078 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On May 11, 2023, the Court was informed that the court-ordered mediation in this case was successful, and that agreement was reached on all issues. (Dkt. #11). Accordingly, the parties are instructed to file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement on or before **June 12, 2023**, for this Court's review in accordance with the FLSA and Second Circuit law. *See, e.g.*, *Cheeks v. Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015). The Clerk of Court is directed to terminate all pending motions and adjourn all remaining dates.

  SO ORDERED.

Dated: May 12, 2023
     New York, New York

                   *[signature]*

                  KATHERINE POLK FAILLA
                  United States District Judge