UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ALFRED GONZALEZ,

                  **Plaintiff,**

-against-

EPRINE HOME CARE, INC.,

                  **Defendant.**
------------------------------------------------------------------X

22-CV-10078 (SN)

<u>ORDER OF DISMISSAL</u>

**SARAH NETBURN, United States Magistrate Judge:**

    On May 11, 2023, the parties to this Fair Labor Standards Act case informed the then-presiding Judge Failla that they had reached a settlement in principle. On June 1, 2023, the parties consented to my jurisdiction, and on June 5, 2023, they submitted their settlement agreement to the Court. Upon review of the parties' written agreement, I conclude that the settlement is fair and reasonable. Based on this agreement, and on the stipulation of the parties under 28 U.S.C. § 636(c), this action is DISMISSED with prejudice with leave to reopen by July 6, 2023.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    June 7, 2023
              New York, New York